Jeanette Rohwedder, Appellant, v. City of Chicago, Appellee.

Richard O. Rohwedder, Appellant, v. City of Chicago, Appellee.

Gen. No. 42,473.

Heard in the third division, first district, this court at the October term, 1942; opinion filed April 26, 1944; rehearing denied May 12, 1944. Ben W. Goldman, for appellants; Barnet Hodes, Corporation Counsel, for appellee; J. Herzl Segal, Adam E. Patterson and L. Louis Karton, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE KILEY. Not to be published in full.